1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 1:11-CV-01876-LJO-SKO |
|---|---|
12 | Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
13 | v. | |
14 | 1968 CHEVROLET CAMARO SUPER SPORT, LICENSE: 400WTZ, VIN: 123678N381592, | |
15 | | |
16 | Defendant. | |

17

18     The United States of America, Plaintiff herein, applies for an order of

19 publication as follows:

20     1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

21 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

22 Plaintiff shall cause public notice of the action to be given in a newspaper of general

23 circulation or on the official internet government forfeiture site;

24     2.    Local Rule 171, Eastern District of California, provides that the Court

25 shall designate by order the appropriate newspaper or other vehicle for publication;

26     3.    The defendant 1968 Chevrolet Camaro Super Sport, License: 400WTZ,

27 VIN: 123678N381592 (hereafter "defendant vehicle") was seized in the city of Ceres,

28 Stanislaus County, California.

1      4.      Plaintiff proposes that publication be made as follows:

2          a.      One publication;

3          b.      Thirty (30) consecutive days;

4          c.      On the official internet government forfeiture site www.forfeiture.gov;

6          d.      The publication is to include the following:

7              (1)      The Court and case number of the action;

8              (2)      The date of the seizure/posting;

9              (3)      The identity and/or description of the property seized/posted;

11              (4)      The name and address of the attorney for the Plaintiff;

12              (5)      A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

16              (6)      A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: November 16, 2011          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Heather Mardel Jones
                                        HEATHER MARDEL JONES
                                        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:**   **November 17, 2011**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE