1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099



6  Attorneys for the United States

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  1:11-CV-01876-LJO-SKO
                                      )
12 |       Plaintiff,                 )  **ORDER REGARDING CLERK'S**
                                      )  **ISSUANCE OF WARRANT FOR**
13 | v.                               )  **ARREST OF ARTICLES *IN REM***
                                      )
14 | 1968 CHEVROLET CAMARO SUPER      )
     SPORT, LICENSE: 400WTZ,          )
15 | VIN: 123678N381592,              )
                                      )
16 |       Defendant.                 )
                                      )

17

18        WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on

19 November 10, 2011, in the United States District Court for the Eastern District of

20 California, alleging that the defendant 1968 Chevrolet Camaro Super Sport,

21 License: 400WTZ, VIN: 123678N381592 is subject to forfeiture to the United States

22 pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et*

23 *seq.*;

24        And, the Court being satisfied that, based on the Verified Complaint for

25 Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special

26 Agent Thomas Miles, there is probable cause to believe that the defendant vehicle

27 so described constitutes property that is subject to forfeiture for such violation(s),

28 and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist,

pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 11/17/11

GARY S. AUSTIN
United States Magistrate Judge