BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1968 CHEVROLET CAMARO SUPER SPORT, LICENSE: 400WTZ, VIN: 123678N381592,<br><br>    Defendant. | 1:11-CV-01876-AWI-SKO<br><br>**STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Veronica Leon Abreo as follows:

1. Ivan Leon Abreo is presently facing federal criminal charges in the Eastern District of California, *United States v. Ivan Leon Abreo, et al.*, No. 1:11-CR-00204-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

2. The parties recognize that proceeding with this action has potential adverse effects on the prosecution of the related criminal case and/or upon Ivan Leon Abreo's right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action has completed and to date only Veronica Leon Abreo has filed a claim and answer in this action; Ivan Leon Abreo has not

file a claim or answer and a Certificate of Entry of Default was entered against him on December 30, 2011.

    4.    The parties request that the issue of an interlocutory sale be set aside from the stay in order to determine whether a preservation of the value of the defendant vehicle through such a sale is necessary.

THEREFORE, the parties to this action stipulate and request as follows:

    1.    Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Ivan Leon Abreo in the Eastern District of California, except the issue of an interlocutory sale of the vehicle will be excepted from the stay;

    2.    The Scheduling Conference in the civil case scheduled for March 13, 2012, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto be vacated; and,

    3.    The parties are to promptly notify the Court when the criminal case resolves.

Respectfully submitted,

Dated: March 6, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: March 2, 2012      /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Claimant
Veronica Leon Abreo
(Original signature retained by attorney)

//
//
//
//
//
//

**ORDER**

Good cause showing as set forth above, this case is stayed. A Scheduling Conference shall issue once the criminal matter has been resolved.

IT IS SO ORDERED.

Dated:   **March 7, 2012**               /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

Stipulation to Stay Case and to Vacate
Scheduling Conference; Order Thereon