BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1968 CHEVROLET CAMARO SUPER SPORT, LICENSE: 400WTZ, VIN: 123678N381592, <br><br> Defendant. | 1:11-CV-01876-AWI-SKO <br><br> UNITED STATES' AMENDED REQUEST TO CONTINUE SCHEDULING CONFERENCE <br><br> Date: September 20, 2013 <br> Time: 9:45 a.m. <br> Courtroom: #7 (6th Floor) <br><br> Honorable Sheila K. Oberto |

The United States requests that the Court continue the Scheduling Conference from September 20, 2013 to October 31, 2013. Good cause exists to continue the Scheduling Conference because Claimant's counsel has filed a motion to withdraw as attorney of record from the case, and a motion hearing on that motion to withdraw is currently scheduled for October 9, 2013. The United States has filed a Statement of Non-Opposition to the motion.

Given the October 9, 2013 hearing on Claimant's counsel's motion to withdraw as attorney of record, there is good cause to extend continue the Scheduling Conference in

//

1

this case from September 20, 2013 to October 31, 2013, or to a date after October 31, 2013 that the Court deems appropriate.

Dated:  September 12, 2013                             BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Jeffrey A. Spivak
                                                       JEFFREY A. SPIVAK
                                                       Assistant U.S. Attorney


## ORDER

The Court finds that there is good cause to Court continue the Scheduling Conference from September 20, 2013 to October 31, 2013, at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **September 13, 2013**                        **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

United States' Amended Request to Continue Scheduling Conference