BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11-CV-01876-AWI-SKO |
|---|---|---|
| Plaintiff, | ) | **UNITED STATES' REQUEST TO CONTINUE SCHEDULING CONFERENCE AND ORDER** |
| v. | ) | |
| 1968 CHEVROLET CAMARO SUPER SPORT, LICENSE: 400WTZ, VIN: 123678N381592, | ) | Date: October 31, 2013<br>Time: 9:45 a.m.<br>Courtroom: #7 (6th Floor) |
| Defendant. | ) | Honorable Sheila K. Oberto |

The United States requests that the Court continue the Scheduling Conference from October 31, 2013 to January 14, 2014 at 10:00 a.m.  Good cause exists to continue the Scheduling Conference because Claimant's counsel has filed a motion to withdraw as attorney of record from the case, and a motion hearing on that motion to withdraw is currently scheduled for October 30, 2013.  The United States has filed a Statement of Non-Opposition to the motion.

Given the October 30, 2013 hearing on Claimant's counsel's motion to withdraw as attorney of record, there is good cause to extend continue the Scheduling Conference in this case from October 31, 2013 to January 14, 2014, or to a date after January 14, 2014 that the Court deems appropriate.

///

United States' Request to Continue Scheduling Conference and [Proposed] Order

1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 21, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Jeffrey A. Spivak<br>JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |

## ORDER

The Court finds that there is good cause to Court continue the Scheduling Conference from October 31, 2013 to January 14, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 21, 2013**          **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE