BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1968 CHEVROLET CAMARO SUPER SPORT, LICENSE: 400WTZ, VIN: 123678N381592, <br><br> Defendant. | 1:11-CV-01876-AWI-SKO <br><br> **FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant 1968 Chevrolet Camaro Super Sport, License: 400WTZ, VIN: 123678N381592 (hereafter "defendant vehicle") seized on or about June 28, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 10, 2011, alleging that said defendant vehicle is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On November 17, 2011, the Clerk issued a Warrant for Arrest for the defendant vehicle.  The warrant for the defendant vehicles was duly executed on December 9, 2011.

4. Beginning on November 22, 2011, for at least 30 consecutive days, the United

1

Final Judgment of Forfeiture

States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Veronica Leon Abreo aka Veronica Leon

    b. Ivan Leon Abreo

    c. Robert L. Forkner, attorney

6. On December 5, 2011, Veronica Leon Abreo filed her claim to the defendant vehicle and answer to the complaint. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Ivan Leon Abreo on December 30, 2011. Pursuant to Local Rule 540, the United States and Claimant Veronica Leon Abreo thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Ivan Leon Abreo.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Veronica Leon Abreo, Ivan Leon Abreo, and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, the defendant 1968 Chevrolet Camaro Super Sport, License: 400WTZ, VIN: 123678N381592, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any

and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant agrees to waive the provisions of California Civil Code § 1542.

5. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on November 10, 2011, the Court finds that there was probable cause for the arrest and seizure of the defendant vehicle, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

6. All parties shall bear their own costs and attorney's fees.

7. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of the Stipulation for Final Judgment of Forfeiture and Final Judgment of Forfeiture.

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed November 10, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: December 4, 2013        _____
                                SENIOR DISTRICT JUDGE